No. 01–370. RICHARDS ET AL. v. JEFFERSON COUNTY, ALABAMA, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 01–374. GRIMES v. CITY OF ST. JOSEPH ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–375. KOZINSKI v. CALIFORNIA. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 01–381. PENOBSCOT NATION ET AL. v. GREAT NORTHERN PAPER, INC., ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 01–382. DORAN ET AL. v. CURRIER ET AL.; and
No. 01–551. CURRIER ET AL. v. DORAN ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 242 F. 3d 905.

No. 01–383. EDDY POTASH, INC. v. HARRISON. C. A. 10th Cir. Certiorari denied.

No. 01–389. COX v. PRINCE WILLIAM COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–390. FARM CREDIT SERVICES OF MID-AMERICA v. ZAINO, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–395. DOELL v. MYERS, ATTORNEY GENERAL OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 01–396. FAIRPORT INTERNATIONAL EXPLORATION, INC. v. SHIPWRECKED VESSEL KNOWN AS THE CAPTAIN LAWRENCE. C. A. 6th Cir. Certiorari denied.

No. 01–407. BUGRYN ET AL. v. CITY OF BRISTOL ET AL. App. Ct. Conn. Certiorari denied.

No. 01–409. GANGALE ET AL. v. PENSON FINANCIAL SERVICES, INC. C. A. 11th Cir. Certiorari denied.